IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID L. JOHNSON, AIS 134016,** : | |
| Plaintiff, : | |
| vs. : | CA 11-0228-CG-C |
| **PENTON ASHWORTH, et al.,** : | |
| Defendants. : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment by default is rendered in favor of plaintiff David L. Johnson and against defendant Donald Bell in an amount to be determined following the evidentiary hearing to be held in February of 2013.

**DONE and ORDERED** this 12th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE