IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID L. JOHNSON, AIS 134016, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 11-0228-CG-C |
| ) | |
| PENTON ASHWORTH, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 18, 2012 (Doc. 185) is **ADOPTED** as the opinion of this Court.

Plaintiff's motion for entry of default judgment as to defendant, Christopher Mummert, is hereby **GRANTED.** The amount of damages defendant Mummert owes to the plaintiff will be determined following an evidentiary hearing and incorporated in the final report and recommendation.

**DONE and ORDERED** this 30th day of January, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE