IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVID L. JOHNSON, AIS 134016,   )
                                                                )
    Plaintiff,                        )
                                                 )
vs.                                              )    CA. 11-0228-CG-C
                                                 )
PENTON ASHWORTH, et al.,       )
                                                 )
    Defendants.                   )

**FINAL JUDGMENT**

In accordance with the Orders entered on March 27, 2014 (Doc. 214) and March 31, 2015 (Doc. 250), it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered against Plaintiff, David L. Johnson, and in favor of:

1) Defendant James English on all claims asserted against him;

2) Defendants James Pate and Roger Marsh on the Plaintiff's claims for assault and battery, for negligent failure to allow ADOC procedure, and for willful and wanton misconduct;

3) Defendant Penton Ashworth on Plaintiff's claims for negligent failure to follow ADOC procedure relating to Dunn's alleged use of excessive force, for willful and wanton failure to prevent Dunn from kicking and punching plaintiff, for negligent retention and supervision[1]; and

4) Defaulting Defendants Donald Bell and Christopher Mummert on all claims asserted against them.

---

[1] As noted in the Report and Recommendation entered on January 27, 2015 (Doc. 248), the Plaintiff entered into a compromise settlement with Defendants Kevin Dunn, Penton Ashworth, James Pate, and Roger Marsh on the remaining pending claims prior to the evidentiary hearing held on August 13, 2014.

Accordingly, Plaintiff's claims against Penton Ashworth, Kevin Dunn, James Pate, Roger Marsh, Donald Bell, Chris Mummert, and James English are hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 5th day of May, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE